IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Faasiu Toese, ) | C/A No.: 1:22-4436-BHH-SVH |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| Warden Donny Stonebreaker, ) | |
| ) | |
| Respondent. ) | |
| ) | |

This matter is before the court on the motion of Faasiu Toese ("Petitioner") to appoint a Samoan interpreter. [ECF No. 25]. The undersigned has reviewed Petitioner's filings and the state record in this case and finds that no interpreter is constitutionally-warranted. Petitioner's communications in English display more than adequate comprehension and communication. Although Petitioner may have difficulty understanding all legal concepts, such issues are faced by native-English speakers and do not appear to be the result of a language barrier. For these reasons, Petitioner's motion is denied.

Petitioner has also moved for an extension of time to respond to Respondent's motion for summary judgment. [ECF No. 25]. Petitioner's motion is granted and his deadline for filing a response is now June 29, 2023.

IT IS SO ORDERED.

May 30, 2023                                           Shiva V. Hodges
Columbia, South Carolina                    United States Magistrate Judge